### 45838. NORTH GEORGIA HOUSING, INC. v. PRESSLEY.

QUILLIAN, Judge. The instant appeal was from an order allowing a motion to open default. No certificate of review under Section 1 (a, 2) of the Appellate Practice Act (*Code Ann.* § 6-701 (a, 2); Ga. L. 1965, p. 18; 1968, pp. 1072, 1073) was filed. Hence, the appeal is premature (*Watson v. Parke, Davis & Co.,* 117 Ga. App. 162 (159 SE2d 446); *Finch v. Kilgore,* 120 Ga. App. 320 (170 SE2d 304)) and must be

*Dismissed. Jordan, P. J., and Evans, J., concur.*

SUBMITTED JANUARY 7, 1971—DECIDED FEBRUARY 5, 1971.

*Stow, Garvin & Glenn, James A. Glenn, Jr.,* for appellant.
*Herbert L. Buffington,* for appellee.